# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

GREGORY CARTER, *et al.*,

    *Plaintiffs*,

v.

TAKODA TRAILS, *et al.*,

    *Defendants*.

Case No. 1:25-cv-19

Judge Jeffery P. Hopkins

## ORDER

On March 14, 2025, Defendants Takoda Trails, Miller Holdings Takoda, Inc., Empowering People, Inc., Empowering People Workshop, Inc., Empowering People Management, Inc., Foundations Health Solutions LLC, and Kurt A. Miller (collectively, "Defendants") filed a Motion to Dismiss for Failure to State a Claim (Doc. 19). In response, Plaintiffs Gregory Carter and Lauren Carter (collectively, "Plaintiffs") filed an Amended Complaint (Doc. 21) in accordance with Fed. R. Civ. P. 15(a)(1). Defendants have since responded by filing a second Motion to Dismiss for Failure to State a Claim (Doc. 22). Accordingly, Defendants first Motion to Dismiss (Doc. 19) is hereby **DENIED AS MOOT**. *Crawford v. Tilley*, 15 F.4th 752, 759 (6th Cir. 2021) ("The general rule is that filing an amended complaint moots pending motions to dismiss.").

    **IT IS SO ORDERED.**

May 21, 2025

                                                      Jeffery P. Hopkins
                                                      United States District Judge